UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REGINALD MIMMS,

Plaintiff,

-against-

RONALD ROTH, ET AL.,

Defendants.

25 CIVIL 06683 (LLS)

# **CIVIL JUDGMENT**

For the reasons stated in the July 14, 2026, order, Plaintiff's amended complaint, filed IFP under 28 U.S.C. § 1915(a)(1), is dismissed for failure to state a claim on which relief may be granted and on immunity grounds, 28 U.S.C. § 1915(e)(2)(B)(ii)-(iii), and without prejudice for lack of subject matter jurisdiction, see Fed. R. Civ. P. 12(h)(3). The Court declines to exercise its supplemental jurisdiction of any state-law claims Plaintiff may be asserting. 28 U.S.C. § 1367(c)(3).

SO ORDERED.

Dated: July 16, 2026
New York, New York

/s/ Louis L. Stanton
LOUIS L. STANTON
United States District Judge